**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-070-GMN-(PAL) |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| PAUL YAVORSKI, | ) | |
| Defendant. | ) | |

This Court finds that defendant PAUL YAVORSKI pled guilty to Counts One and Twenty-Eight of a Thirty-One-Count Criminal Indictment charging him in Count One with Conspiracy to Conduct an Illegal Gambling Business in violation of Nevada Revised Statutes 463.160, 463.430, 464.010, 464.070, 465.092, and 465.093; Title 18, United States Code, Section 1955; and Title 18, United States Code, Section 371 and in Count Twenty-Eight with Money Laundering in violation of Title 18, United States Code, Section 1955 and Title 18, United States Code, Section 1956(a)(1)(A). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 121; Plea Agreement, ECF No. 156.

This Court finds defendant PAUL YAVORSKI agreed to the forfeiture of the property set forth in the Plea Agreement, the Stipulation, and the Forfeiture Allegations of the Criminal Indictment and to the imposition of the forfeiture and the in personam criminal forfeiture money judgment of $85,000 in United States Currency by the District Court. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 121; Plea Agreement, ECF No. 156; Stipulation, ECF No. 150.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Stipulation, and

the Forfeiture Allegations of the Criminal Indictment and the offenses to which defendant PAUL YAVORSKI pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 18, United States Code, Section 1955(d) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p):

1. $5,891.45 in United States Currency;
2. $5,884.68 in United States Currency;
3. $64,361.89 in United States Currency;
4. $34,535.00 in United States Currency;
5. $2,400.00 in United States Currency; and
6. $9,088.28 in United States Currency

(all of which constitutes property).

Pursuant to the forfeiture statutes listed above, the District Court imposes an in personam criminal forfeiture money judgment of $85,000 in United States Currency for Count Twenty-Eight. The in personam criminal forfeiture money judgment of $85,000 in United States Currency is not jointly and severally liable with his codefendants and the above-named property will not be applied toward the payment of the in personam criminal forfeiture money judgment of $85,000 in United States Currency.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

/ / /

/ / /

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of PAUL YAVORSKI in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

/ / /

/ / /

3

Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 16th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

4