STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar No. 6935
ANDREW DUNCAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6296
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-070-GMN-(PAL) |
| PAUL YAVORSKI, | ) Stipulation to Continue Sentencing |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and through Steven W. Myhre, Acting United States Attorney for the District of Nevada, and Andrew Duncan, Assistant United States Attorney, and Paul Yavorski, and his counsel, Sebastian M. Bio, that the sentencing in the above-captioned matter currently scheduled to commence on July 21, 2017 at 9:30 a.m., be vacated and continued for sixty (60) days or a date to be set at the court's convenience.

This stipulation is being entered for the following reasons:

1. The defendant is cooperating with the government and his cooperation is ongoing.
2. The parties agree to the continuance
3. The defendant is not in custody and does not object to the continuance.

/ / /

/ / /

4. This is the fourth request to continue the sentencing.

DATED:   July 10, 2017

/s/ Sebastian M. Bio
SEBASTIAN M. BIO
Counsel for Paul Yavorski

DATED:   July 10, 2017

STEVEN W. MYHRE
Acting United States Attorney

/s/Andrew Duncan
ANDREW DUNCAN
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:13-CR-070-GMN-(PAL) |
| ) | Order to Continue Sentencing |
| PAUL YAVORSKI, ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued to Friday, October 6, 2017, at 10:30 a.m. in Courtroom 7C before Chief Judge Gloria M. Navarro.

DATED this __18__ day of July, 2017

_____
CHIEF JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2