1  STEVEN W. MYHRE
   Acting United States Attorney
2  Nevada State Bar No. 6935
   ANDREW DUNCAN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
5  Facsimile: (702) 388-6296
   Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-070-GMN-(PAL) |
| | ) Stipulation to Continue Sentencing |
| PAUL YAVORSKI, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and through Steven W. Myhre, Acting United States Attorney for the District of Nevada, and Andrew Duncan, Assistant United States Attorney, and Paul Yavorski, and his counsel, Sebastian M. Bio, that the sentencing in the above-captioned matter currently scheduled to commence on December 29, 2017 at 10:30 a.m., be vacated and continued to a date to be set at the court's convenience.

This stipulation is being entered for the following reasons:

1. Government's Counsel is scheduled to be on annual leave due to the holidays.
2. Defendant and Defendant's Counsel are traveling from the east coast and travel during the New Year's holiday into Las Vegas is difficult.
3. The parties agree to the continuance.
4. The defendant is not in custody and does not object to the continuance.

5. This is the sixth request to continue the sentencing.

DATED: December 22, 2017

_/s/ Sebastian M. Bio_
SEBASTIAN M. BIO
Counsel for Paul Yavorski

DATED: December 22, 2017

STEVEN W. MYHRE
Acting United States Attorney

_/s/Andrew Duncan_
ANDREW DUNCAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 2:13-CR-070-GMN-(PAL) |
| | ) Order to Continue Sentencing |
| PAUL YAVORSKI, | ) |
| Defendant. | ) |

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that sentencing in the above-captioned matter be vacated and continued to January 10, 2018, at 10:00 a.m. in LV Courtroom 7C.

IT IS FURTHER ORDERED that this is a firm sentencing date and no further continuances will be granted without a hearing to demonstrate a sufficient basis for delay.

DATED this 27 day of December, 2017

_____
CHIEF JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE